# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**   8:17-bk-10569-RCT

**Case Name:**   TRACY MARIE GUDEMAN

**For Period Ending:**   03/31/2024

**Trustee Name:**   (290278) Christine L. Herendeen

**Date Filed (f) or Converted (c):**   12/21/2017 (f)

**§ 341(a) Meeting Date:**   01/24/2018

**Claims Bar Date:**   12/28/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FORD EXPLORER XLT 4WD 2013 | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 2* | HOUSEHOLD GOODS AND FURNISHINGS (See Footnote) | 150.00 | 0.00 | OA | 0.00 | FA |
| 3 | Electronics: 1 tv, 1 desktop computer | 125.00 | 0.00 | OA | 0.00 | FA |
| 4 | Clothing | 200.00 | 0.00 | OA | 0.00 | FA |
| 5 | JEWELRY: wedding ring and band, costurme jewelry | 100.00 | 0.00 | OA | 0.00 | FA |
| 6 | Cat | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | Checking: Bank of America | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | Savings Account: Bank of America | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | Security Deposit held by Landlord Craigs Realty Assoc | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | Esthetician and Business License | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | Potential FCCPA claim against Acceptance Now | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | steamer, aesthetics table, micro derm machine, towel warmer | 350.00 | 0.00 | OA | 0.00 | FA |
| 13 | Skin care product | 750.00 | 0.00 | OA | 0.00 | FA |
| 14 | OTHER LITIGATION (u) | 10.00 | 10.00 | | 0.00 | 10.00 |
| **14** | **Assets        Totals**        (Excluding unknown values) | **$15,685.00** | **$10.00** | | **$0.00** | **$10.00** |

RE PROP# 2        ADDITIONALLY:  couch and loveset set, coffee table, dining table and chairs (listed for information only as these are leased items)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case No.:**   8:17-bk-10569-RCT | **Trustee Name:**    (290278) Christine L. Herendeen |
| **Case Name:**   TRACY MARIE GUDEMAN | **Date Filed (f) or Converted (c):**  12/21/2017 (f) |
| | **§ 341(a) Meeting Date:**   01/24/2018 |
| **For Period Ending:**  03/31/2024 | **Claims Bar Date:**  12/28/2023 |

**Major Activities Affecting Case Closing:**

04/11/24:  pending litigation, special counsel handling (Lipinski) - proceeding with discovery, trial to be scheduled. NOA filed.  Claims reviewed.

04/10/24:  Litigation Status:  Pending settlement negotiations and amending deadlines to work toward trial date.  03/01/24:  Filed Notice of Abandonment.  01/08/24:  Litigation Status:  Mediation held and no agreement reached.  11/16/23:  Order Approving Application to Employ Attorney for Trustee entered.  11/08/23:  Filed Application to Employ Attorney for Trustee.  09/27/23: Order Approving Application to Employ General Counsel entered.  09/26/23:  Filed Application to Employ General Counsel. 09/23/23:  Filed w/d of NDR entered on 02/14/18 and filed Notice of Assets.  09/22/23:  Order Granting Motion To Reopen Chapter 7 Case entered.  09/19/23:  Motion to Reopen Chapter 7 Case filed by UST and Notice of Appointment of Successor Trustee Christine L. Herendeen entered.  Asset:  Pending State Court Litigation matter for administration.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/31/2025 | **Current Projected Date Of Final Report (TFR):** | 07/31/2025 |